

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-17-00360-CV

| | | |
|---|---|---|
| LARRY JOE MORGAN, Appellant | § | On Appeal from the 236th District Court |
| | § | |
| V. | | of Tarrant County (236-282599-15) |
| | § | |
| | | September 27, 2018 |
| | § | |
| RICHARD SCOTT WALKER, Appellee | | Per Curiam |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM